UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL CARDWELL, a resident of Oilton, Oklahoma,

    Plaintiff,

    v.

BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California corporation, et al.,

    Defendants.

No. C 06-1138 PJH

**ORDER GRANTING MOTION TO STAY AND VACATING HEARING DATE**

Before the court is defendant's unopposed Motion to Stay Pretrial Proceedings and for Enlargement of Pretrial Deadlines.

Having reviewed defendant's motion, and in light of plaintiff's nonopposition to the motion, the court finds the motion appropriate for decision without further oral argument, as permitted by Civil L.R. 7-1(b) and Fed. R. Civ. P. 78. See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp., 933 F.2d 724, 729 (9th Cir. 1991), cert. denied, 503 U.S. 920 (1992). Accordingly, for good cause shown, the court hereby GRANTS defendant's motion to stay pretrial proceedings and for enlargement of pretrial deadlines.

The April 19, 2006 hearing date on defendant's motion is VACATED.

**IT IS SO ORDERED.**

Dated: April 17, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge